UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARNETT D. KNOWLES,

    Plaintiff,

v.     Case No. 5:14cv342/RS/CJK

SERGEANT SIMS, et al.,

    Defendants.

_____/

REPORT AND RECOMMENDATION

    Plaintiff, a prisoner proceeding *pro se*, commenced this action on December 11, 2014, by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On December 19, 2014, the court ordered plaintiff to submit, within thirty (30) days, either the $400.00 filing and administrative fee or a motion to proceed *in forma pauperis*. (Doc. 3). Plaintiff was warned that failure to comply with the order would result in dismissal of this case. (*Id*.). To date, plaintiff has not complied with the order and has not responded to the court's January 28, 2015 order (doc. 4) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

    Accordingly, it is respectfully RECOMMENDED:

    1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's

failure to comply with an order of the court.

    2.  That the clerk be directed to close the file.

At Pensacola, Florida this 26th day of February, 2015.

          /s/ *Charles J. Kahn, Jr.*
          **CHARLES J. KAHN, JR.**
          **UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).