IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARNETT D. KNOWLES,

    Plaintiff,

v.                                     CASE NO.  5:14-cv-342-RS-CJK

SERGEANT SIMS, et al.,

    Defendants.

_____/

## ORDER

Before me is the February 26, 2015, Magistrate Judge's Report and Recommendation (Doc. 5). To date, no objections have been filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** for failure to comply with an order of the court.

3. The Clerk is directed to close this case.

**ORDERED** on March 27, 2015.

                                             /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**